UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEKEL GAYLE,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALFRESCO SOFTWARE AMERICAS, INC.,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-2144-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda E. Evans, United States District Judge, for consideration of the parties' Joint Motion to Approve Settlement, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice.**

Dated at Atlanta, Georgia, this 26th day of September, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:   *s/Denise D.M. McGoldrick*
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 27, 2013
James N. Hatten
Clerk of Court
By:  *s/ Denise D.M. McGoldrick*
        Deputy Clerk